**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:23-CR-029-31 |
| | § | |
| EVERARDO AURIOLES-GARCIA | § | |

## ORDER AMENDING CONDITIONS OF RELEASE

The conditions of release I imposed in this case provide that Defendant's travel is restricted to the Southern District of Texas and the Northern District of Texas. I have been informed that Defendant works in the Eastern District of Texas. As such, I amend the conditions of release to restrict Defendant's travel to the Southern District of Texas and the Eastern District of Texas.

SIGNED this 29th day of March 2024.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE