United States District Court
Southern District of Texas
**ENTERED**
February 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS.  § | CRIMINAL ACTION NO. 3:23-CR-29-18 |
| § | |
| **Jose Martinez-Ramirez** § | |

Order for Presentence Investigation and
Disclosure & Sentencing Dates

The defendant having been found guilty on count twenty-one a presentence report is ordered.

1. By 3/12/2025, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By 3/26/2025, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By 4/9/2025, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for 4/16/2025, **at 11:00am** (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:
United States Probation Department
601 Rosenberg St., 4th Floor, Galveston, TX 77553
Telephone: (409) 766-3733

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

SIGNED at Galveston, Texas, this 5th of February. 2025.

Jeffrey V. Brown
United States District Judge