UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § § | CRIMINAL NO. 3:23-CR-29-14 |
| EUSTOLIO ANDAYA MONDRAGON | § | |

## MOTION TO DISMISS INDICTMENT AS TO THIS DEFENDANT ONLY

COMES NOW the United States of America, by and through Nicholas J. Ganjei, United States Attorney, and Kenneth A. Cusick, Assistant United States Attorney, in and for the Southern District of Texas, and respectfully moves the Honorable Court to dismiss Indictment 3:23-CR-29-14 as to Defendant Eustolio Andaya Mondragon only.

Respectfully submitted,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By:  /s/ Kenneth A. Cusick
KENNETH A. CUSICK
Assistant United States Attorney
Texas Bar No. 05295200
Federal ID No. 14426
601 25th Street, Suite 227
Galveston, Texas 77550
(361) 537-9480

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § | CRIMINAL NO. 3:21-CR-29-14 |
| | § | |
| EUSTOLIO ANDAYA MONDRAGON | § | |

**ORDER GRANTING GOVERNMENT'S MOTION
TO DISMISS INDICTMENT 3:23-CR-29-14 AS TO THIS DEFENDANT ONLY**

It is hereby ORDERED that Indictment 3:23-CR-29-14 as to Defendant Eustolio Andaya Mondragon only is hereby DISMISSED.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Galveston, Texas, this _____ day of August, 2025.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing GOVERNMENT'S MOTION TO DISMISS INDICTMENT 3:23-CR-29-14 AS TO THIS DEFENDANT ONLY and Proposed Order has not been provided to anyone as Defendant has been deported to Mexico and his previous Attorney of Record, Ms. Catherine Samaan, was allowed to withdraw due to Defendant's deportation to Mexico on April 2, 2024.

/s/ Kenneth A. Cusick
Kenneth A. Cusick
Assistant United States Attorney

**CERTIFICATE OF CONSULTATION**

I hereby certify that I have not consulted with Ms. Catherine Samaan, Attorney for the Defendant who was allowed to withdraw on June 4, 2024. The Defendant was deported to Mexico on April 2, 2024, and consultation with the Defendant has not been possible.

/s/ Kenneth A. Cusick
Kenneth A. Cusick
Assistant United States Attorney