**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § § § § | **CRIMINAL NO.:** |
| | | **3:23-cr-00029** |
| v | | |
| **ALBERTO NAPOLES** | | |

**DEFENDANT ALBERTO NAPOLES'**
**MOTION FOR CONTINUANCE**
**FOR SENTENCING**

**TO THE HONORABLE JUDGE OF THIS COURT:**

**COMES NOW** Alberto Napoles, by and through his attorney of record, who respectfully requests that this Honorable Court CONTINUE Napoles' Sentencing Hearing. Good reasons exist for this Motion, as stated:

1. This hearing is currently set for 10:30 AM at the Federal Courthouse in Galveston, Texas on January 20, 2026.

2. Undersigned counsel has been called to trial on cause number 202228139, 157th Judicial District Court of Harris County. Undersigned counsel learned of this only on this date (14 January 2025).

3. Undersigned counsel must use this time remaining to prepare for trial and will not have the time to meet with his client and write a Sentencing Memorandum which is critical for this matter.

4. This trial is expected to take the entire week of January 20 since this is a jury trial.

5. Undersigned counsel needs the time to meet with his client and prepare the Sentencing Memorandum. As stated, undersigned counsel was going to use this week to work on these matters but now is not able to do so.

6. As such, undersigned counsel respectfully requests a continuance of three weeks for this matter. This will allow undersigned counsel enough time to adequately prepare for the hearing.

7. Undersigned counsel spoke with the US Attorney on this matter who informed him that she was UNOPPOSED to this Motion.

## CONCLUSION AND PRAYER

For the above-stated reasons, therefore, undersigned counsel respectfully requests this matter be continued for three weeks.

Respectfully submitted:

THE TAUSK LAW FIRM

/s/ Gene P. Tausk
Gene P. Tausk
FED ID: 22203
TBN: 24003035
6525 Washington
Houston, TX  77007
(713) 429-5476
(713) 490-3150 (fax)
gene@tausklawfirm.com

                                        ATTORNEYS FOR DEFENDANT
                                        ALBERTO NAPOLES

## CERTIFICATE OF CONFERENCE

    I state that I spoke with the Assistant U.S. Attorney and the Probation office on this matter on January 14, 2026.  The Government and the Probation office are UNOPPOSED to this Motion.

                                        /s/ Gene P. Tausk
                                        Gene P. Tausk

## CERTIFICATE OF SERVICE

    I state that a true and correct copy of this Motion was served on all attorneys of record in this matter by and through the PACER system on January 15, 2026.

                                        /s/ Gene P. Tausk
                                        Gene P. Tausk