UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. 3:25-CR-29-40-S |
| | § | |
| v. | § | JUDGE JEFFREY V. BROWN |
| | § | |
| JOSE ANGEL GONZALEZ SR. | § | |

### GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Now comes the government and moves for the Court to dismiss the indictment in case number 3:23-CR-29-40-S as it pertains to Jose Angel GONZALEZ, Sr. As grounds for this motion the government states that defendant plead guilty to crimes charged in a Superseding Information on February 5, 2026 by plea agreement which expressly provided for the dismissal of the superseding indictment once the defendant was sentenced on the charges in the Superseding Information. The defendant was sentenced on April 14, 2026.

Respectfully submitted,
JOHN G.E. MARCK
Acting United States Attorney


*Richard D. Hanes*
RICHARD D. HANES
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was provided to counsel for defendant on the date of filing by electronic delivery.

*Richard D. Hanes*

RICHARD D. HANES
Assistant United States Attorney