United States District Court
Southern District of Texas
**ENTERED**
April 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. 3:25-CR-29-39 |
| | § | |
| v. | § | JUDGE JEFFREY V. BROWN |
| | § | |
| BRANDON KYLE WEDGWORTH, | § | |

## ORDER TO DISMISS INDICTMENT

Upon motion of the United States of America, and for good cause shown, Count One of

the Indictment in the above captioned matter is hereby ORDERED dismissed.

Date: April 21st, 2026

JEFFREY V. BROWN
United States District Court Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. 3:25-CR-29-39 |
| | § | |
| v. | § | JUDGE JEFFREY V. BROWN |
| | § | |
| BRANDON KYLE WEDGWORTH, | § | |

## GOVERNMENT'S MOTION TO DISMISS COUNTS

Now comes the government and in conformity with the plea agreement entered into by the parties in this matter moves for the Court to dismiss Count One of the indictment in case number 3:23-CR-29-39 as it pertains to Brandon Kyle WEDGWORTH.

Respectfully submitted,
JOHN G.E. MARCK
Acting United States Attorney

*Richard D. Hanes*

RICHARD D. HANES
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was provided to counsel for defendant on the date of filing by electronic delivery.

*Richard D. Hanes*

RICHARD D. HANES
Assistant United States Attorney